In the Matter of the Will of JOHN W. CLARK, Deceased.
SIDNEY J. LOEB et al., as Executors and Trustees under the Will of JOHN W. CLARK, Deceased, Appellants; MARY M. CLARK, Respondent.

Submitted November 15, 1937; decided November 23, 1937.

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 275 N. Y. 1.)

MINNIE MEYER, Respondent, *v.* NEW YORK LIFE INSURANCE COMPANY, Appellant.

Submitted November 15, 1937; decided November 23, 1937.

*Kenneth de F. Carpenter* for motion.
*Victor Whitehorn* opposed.

Motion granted on payment of costs and disbursements not including argument fee.